Peter N. Wang (PW 9216)
Robert A. Scher (RS 2910)
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016-1314
Telephone:   212.682.3401
Facsimile:   212.687.2329

and

Michael M. Conway
Amy P. Purcell
Rebecca R. Hanson
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL 60610
Telephone:   312.832.4351
Facsimile:   312.832.4700

*Attorneys for Plaintiff*
*Navigant Consulting, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NAVIGANT CONSULTING, INC., a Delaware corporation,

    Plaintiff,

v.

JESS VARUGHESE, an individual,

    Defendant.

---

Case No. _____

JUDGE LEISURE
07 CIV 4854

**RULE 7.1 STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 and to enable Judges and Magistrate Judges of the court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff Navigant Consulting Inc., certifies that the following are corporate parents, affiliates and/or subsidiaries of said parties which are publicly held:   NONE.

Navigant itself is a publicly-owned corporation whose shares are listed on the New York Stock Exchange.

Dated: June 7, 2007
New York, New York

FOLEY & LARDNER LLP

By: /s/ Robert Scher

Peter N. Wang (PW 9216)
Robert A. Scher (RS 2910)
90 Park Avenue
New York, NY 10016
Telephone: (212) 682-7474
Facsimile: (212) 681-9471

and

Michael M. Conway
Amy P. Purcell
Rebecca R. Hanson
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL 60610
Telephone: 312.832.4351
Facsimile: 312.832.4700

*Attorneys for Plaintiff
Navigant Consulting, Inc.*