UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------

| | |
|---|---|
| NAVIGANT CONSULTING, INC., a Delaware corporation,<br>　　　　　　　　　　　　　Plaintiff, | Case No.<br>07 CIV 4854 |
| -v- | |
| JESS VARUGHESE, an individual,<br>　　　　　　　　　　　　　Defendant. | AFFIDAVIT<br>OF SERVICE |

------------------------------------------------------------------

STATE OF NEW YORK　}
COUNTY OF NEW YORK　}ss.:

BRUCE LAZARUS, being duly sworn, deposes and says: I am not a party to this action, am over 18 years of age and reside at New York, NY;

On June 8, 2007 at 7:35 p.m. at 14 Bayberry Road, Armonk, NY 10504, I served the within SUMMONS IN A CIVIL CASE and COMPLAINT on JESS VARUGHESE, defendant therein named, by delivering true copies of same to JESS VARUGHESE personally.

The person served is a dark skinned male, silver hair, 35-45 years old, 5'7" – 5'10, 150-160 pounds.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Bruce Lazarus
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　BRUCE LAZARUS

Sworn to before me this
11th day of June 2007.

／s／ Julio Delara
NOTARY PUBLIC

JULIO DELARA
NOTARY PUBLIC-STATE OF NEW YORK
No. 01DE6119206
Qualified in New York County
Commission Expires November 29, 2008

**LegalEase, Inc.**

139 Fulton Street, New York, NY 10038
Tel: 212-393-9070　•　800-393-1277　•　Fax: 212-393-9796