Peter N. Wang (PW 9216)
Robert A. Scher (RS 2910)
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016-1314
Telephone:    212.682.7474
Facsimile:    212.687.2329

and

Michael M. Conway
Amy P. Purcell
Rebecca R. Hanson
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL 60610
Telephone:    312.832.4351
Facsimile:    312.832.4700

*Attorneys for Plaintiff-Counterdefendant*
*Navigant Consulting, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NAVIGANT CONSULTING, INC., a Delaware corporation,<br><br>　　　　　　Plaintiff-Counterdefendant,<br><br>　　v.<br><br>JESS VARUGHESE, an individual,<br><br>　　　　　　Defendant-Counterplaintiff. | Case No. 07 CIV 4854 (PKL)<br><br>**NOTICE OF MOTION TO DISMISS COUNTERCLAIMS**<br><br>**JURY TRIAL DEMANDED** |

　　　　　　PLEASE TAKE NOTICE that Plaintiff/Counterdefendant Navigant Consulting,

Inc. will move the Court (Hon. Peter K. Leisure), at the United States Courthouse, 500 Pearl

Street, Courtroom 18B, New York, New York, at a date and time convenient to the Court, for an

order dismissing Counts I and II of the defendant/counterplaintiff's Counterclaims pursuant to

CHIC_1551859.1

Fed. R. Civ. P. 12(b)(6) on the grounds that each fails to state a claim upon which relief can be granted.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Civil Rule 6.1(b), any opposing affidavits and answering memoranda shall be served within ten business days hereof.

Dated: July 18, 2007
New York, New York

Respectfully Submitted,
FOLEY & LARDNER LLP

By: /s/ Robert A. Scher
    Peter N. Wang (PW 9216)
    Robert A. Scher (RS 2910)
    FOLEY & LARDNER LLP
    90 Park Avenue
    New York, NY 10016-1314
    Telephone: 212.682.7474
    Facsimile: 212.687.2329

and

Michael M. Conway
Amy P. Purcell
Rebecca R. Hanson
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL 60610
Telephone: 312.832.4351
Facsimile: 312.832.4700

*Attorneys for Plaintiff-Counterdefendant Navigant Consulting, Inc.*

TO: Karen H. Bromberg
    Marc E. Isserles
    Cohen & Gresser LLP
    100 Park Aveneu, 23rd Floor
    New York, New York 10017

    *Attorneys for Defendant-Counterplaintiff Jess Varughese*