Peter N. Wang (PW 9216)
Robert A. Scher (RS 2910)
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016-1314
Telephone:   212.682.7474
Facsimile:    212.687.2329

and

Michael M. Conway
Amy P. Purcell
Rebecca R. Hanson
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL 60610
Telephone:   312.832.4351
Facsimile:    312.832.4700

*Attorneys for Plaintiff-Counterdefendant*
*Navigant Consulting, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NAVIGANT CONSULTING, INC., a Delaware corporation,<br><br>            Plaintiff-Counterdefendant,<br><br>      v.<br><br>JESS VARUGHESE, an individual,<br><br>            Defendant-Counterplaintiff. | Case No. 07 CIV 4854 (PKL)<br><br>**NOTICE OF MOTION TO DISMISS COUNTERCLAIMS**<br><br>**JURY TRIAL DEMANDED** |

PLEASE TAKE NOTICE that Plaintiff/Counterdefendant Navigant Consulting, Inc. will move the Court (Hon. Peter K. Leisure), at the United States Courthouse, 500 Pearl Street, Courtroom 18B, New York, New York, at a date and time convenient to the Court, for an order dismissing Counts I and II of the defendant/counterplaintiff's Counterclaims pursuant to

Fed. R. Civ. P. 12(b)(6) on the grounds that each fails to state a claim upon which relief can be granted.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Civil Rule 6.1(b), any opposing affidavits and answering memoranda shall be served within ten business days hereof.

Dated: July 18, 2007
New York, New York

        Respectfully Submitted,
        FOLEY & LARDNER LLP

        By: /s/ Robert A. Scher
            Peter N. Wang (PW 9216)
            Robert A. Scher (RS 2910)
            FOLEY & LARDNER LLP
            90 Park Avenue
            New York, NY 10016-1314
            Telephone: 212.682.7474
            Facsimile: 212.687.2329

        and

        Michael M. Conway
        Amy P. Purcell
        Rebecca R. Hanson
        FOLEY & LARDNER LLP
        321 North Clark Street, Suite 2800
        Chicago, IL 60610
        Telephone: 312.832.4351
        Facsimile: 312.832.4700

        *Attorneys for Plaintiff-Counterdefendant Navigant Consulting, Inc.*

TO: Karen H. Bromberg
     Marc E. Isserles
     Cohen & Gresser LLP
     100 Park Aveneu, 23rd Floor
     New York, New York 10017

     *Attorneys for Defendant-Counterplaintiff Jess Varughese*