Peter N. Wang (PW 9216)
Robert A. Scher (RS 2910)
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016-1314
Telephone:    212.682.7474
Facsimile:    212.687.2329

and

Michael M. Conway
Amy P. Purcell
Rebecca R. Hanson
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL 60610
Telephone:    312.832.4351
Facsimile:    312.832.4700

*Attorneys for Plaintiff-Counterdefendant*
*Navigant Consulting, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NAVIGANT CONSULTING, INC., a Delaware corporation,<br><br>    Plaintiff-Counterdefendant,<br><br>v.<br><br>JESS VARUGHESE, an individual,<br><br>    Defendant-Counterplaintiff. | Case No. 07 CIV 4854 (PKL)<br><br>**AFFIRMATION OF ROBERT A. SCHER IN SUPPORT OF PLAINTIFF-COUNTER DEFENDANTS' MOTION TO DISMISS COUNTERCLAIMS** |

Robert A. Scher, Esq., an attorney admitted to practice law in the State of New York affirms the following under penalty of perjury:

CHIC_1552841.1

2

1. I am a member of the law firm Foley & Lardner LLP, counsel for the plaintiff-counterdefendant in this action. I make this affirmation in support of Navigant Consulting, Inc.'s Motion to Dismiss Counterclaims.

2. Annexed hereto as Exhibit 1 is a true and correct copy of Jess Varughese's Offer of Employment Letter from Navigant Consulting, Inc., which was signed by Jess Varughese on July 15, 2005.

3. Annexed hereto as Exhibit 2 are true and accurate copies of unpublished opinions that are cited to in Navigant Consulting, Inc.'s Motion to Dismiss Counterclaims.

DATED: July 18, 2007  
New York, New York

By: /s/ Robert A. Scher  
 ROBERT A. SCHER

2

CHIC_1552841.1