UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| NAVIGANT CONSULTING, INC., a Delaware corporation, )<br>)<br>)<br>Plaintiff-Counterdefendant, )<br>)<br>v. )<br>)<br>JESS VARUGHESE, an individual, )<br>)<br>Defendant-Counterplaintiff. )<br>) | Case No. 07 CIV 4854 (PKL) |

---

## AFFIDAVIT OF SERVICE

I, Sarah Jeffers, a non-attorney, hereby certify that notice of Plaintiff-Counterdefendant Navigant Consulting, Inc.'s filing of the **Notice of Motion to Dismiss Counterclaims,** the **Memorandum of Law in Support re: Motion to Dismiss Counterclaims,** and the **Affirmation of Robert A. Scher in Support re: Motion to Dismiss Counterclaims** will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

*/s/ Sarah A. Jeffers*
Sarah Jeffers
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
(212) 682-7474

Sworn to before me this
19th day of July, 2007

*/s/ Emily Sausen*
Notary Public

EMILY SAUSEN
Notary Public, State of New York
No. 02SA6137667
Qualified in New York County
Commission Expires Dec. 5, 20 09