**United States District Court**
**Southern District of New York**

| | |
|---|---|
| NAVIGANT CONSULTING, INC., a Delaware corporation, <br><br> Plaintiff-Counterdefendant, <br><br> v. <br><br> JESS VARUGHESE, an individual, <br><br> Defendant-Counterplaintiff. | Case No. 07 CIV 4854 (PKL) |

### AFFIDAVIT OF SERVICE

I, Sarah Jeffers, a non-attorney, hereby certify that notice of Plaintiff-Counterdefendant Navigant Consulting, Inc.'s filing of the **Corrected Memorandum of Law in Support re: Motion to Dismiss Counterclaims** will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

*/s/ Sarah Jeffers*
Sarah Jeffers
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016
(212) 682-7474

Sworn to before me this
20th day of July, 2007

*/s/ Samantha S. Edite*
Notary Public

SAMANTHA S. EDITE
NOTARY PUBLIC, State Of New York
No. 01ED6068678
Qualified In Kings County
Commission Expires Jan. 14, 20 10