SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Navigant Consulting, Inc., a Delaware corporation,

                Plaintiff-Counterdefendant,

- against –

Jess Varughese, an individual.

                Defendant-Counterplaintiff.

07 CV 4854 (PKL)

**MOTION TO ADMIT**

**PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Robert A. Scher, member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | Amy P. Purcell |
| Firm Name: | Foley & Lardner LLP |
| Address: | 321 North Clark St. |
| | Suite 2800 |
| City/State/Zip: | Chicago, IL 60610 |
| Phone Number: | (312) 832-4500 |
| Fax Number: | (312) 832-4700 |

Amy P. Purcell is a member in good standing in the Bar of the State of Illinois.

There are no pending disciplinary proceeding against Amy P. Purcell in any State or Federal court.

Dated: July 30, 2007
City, State: New York, New York

Respectfully submitted,

*/s/ Robert A. Scher*

Robert A. Scher
SDNY Bar RS2910
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016
Phone: 212.682.7474
Fax: 212.687.2329

# CERTIFICATE OF GOOD STANDING



United States of America

}ss. Amy P Purcell

Northern District of Illinois

    I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

    DO HEREBY CERTIFY That Amy P Purcell was duly admitted to practice in said Court on (01/06/2004) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (07/23/2007 )

    Michael W. Dobbins, Clerk,

    By:  Krysten J. Coppoletta
        Deputy Clerk

SDNY (Rev. 10/2006) Pro Hac Vice Affidavit

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Navigant Consulting, Inc., a Delaware corporation, | 07 CV 4854 (PKL) |
| Plaintiff-Counterdefendant, | |
| - against – | **AFFIDAVIT OF** |
| Jess Varughese, an individual. | **ROBERT A. SCHER** |
| Defendant-Counterplaintiff. | **IN SUPPORT OF MOTION** |
| State of New York  ) | **TO ADMIT COUNSEL** |
| ) ss: | **PRO HAC VICE** |
| County of New York ) | |

Robert A. Scher, being duly sworn, hereby deposes and says as follows:

1. I am a partner at Foley & Lardner LLP, counsel for Plaintiff-Counterdefendant in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff-Counterdefendant's motion to admit Amy P. Purcell as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in March 1987. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Amy P. Purcell since May 2007.

4. Amy P. Purcell is an associate at Foley & Lardner LLP in Chicago, Illinois.

5. I have found Ms. Purcell to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Amy P. Purcell, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Amy P. Purcell, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Amy P. Purcell, pro hac vice, to represent Plaintiff-Counterdefendant in the above captioned matter, to be granted.

Dated: July 30, 2007

City, State: New York, New York

Notarized: Subscribed to and Sworn Before
me this of 30th day of July, 2007

*Emily Sausen*
Notary Public

Respectfully submitted,

*Robert A. Scher*
Robert A. Scher
SDNY Bar Code: RS2910

EMILY SAUSEN
Notary Public, State of New York
No. 02SA6137667
Qualified in New York County
Commission Expires Dec. 5, 20 09

# EXHIBIT A

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Navigant Consulting, Inc., a Delaware corporation,

                Plaintiff-Counterdefendant,

- against –

Jess Varughese, an individual.

                Defendant-Counterplaintiff.

07 CV 4854 (PKL)

**ORDER FOR ADMISSION**

**PRO HAC VICE**

**ON WRITTEN MOTION**

Upon the motion of Robert A. Scher, attorney for Navigant Consulting, Inc. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Amy P. Purcell |
| Firm Name: | Foley & Lardner LLP |
| Address: | 321 North Clark St., Suite 2800 |
| City/State/Zip: | Chicago, IL 60610 |
| Telephone/Fax: | (312) 832-4500 / (312) 832-4700 |
| Email Address: | apurcell@foley.com |

is admitted to practice pro hac vice as counsel for Navigant Consulting, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: July  , 2007
City, State: New York, New York

                                              United States District/Magistrate Judge

FOLEY & LARDNER LLP
Robert Scher (RS 2910)
90 Park Avenue
New York, New York 10016
212.682.7474
212.687.2329 (facsimile)

and

FOLEY & LARDNER LLP
Michael Conway
Amy Purcell
Rebecca Hanson
321 North Clark St.
Chicago, IL 60610
312.832.4500
312.832.4700 (facsimile)

*Attorneys for Plaintiff-Counterdefendant Navigant Consulting, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

| | |
|---|---|
| Navigant Consulting Inc., a Delaware corporation | Case No. 07-CV-4854 (PKL) |
| Plaintiff-Counterdefendant, | |
| | **AFFIDAVIT OF SERVICE** |
| vs. | |
| Jess Varughese, an individual, | |
| Defendant-Counterplaintiff. | |

------------------------------------------X

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

SHIRA BLUM, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides at

440 East 58th St, New York, New York 10022.

NYC_21558.2

That on the 31st day of July, 2007 deponent served a copy of Plaintiff-Counterdefendant Navigant Consulting Inc.'s **MOTIONS TO ADMIT MICHAEL M. CONWAY, AMY P. PURCELL and REBECCA R. HANSON** *PRO HAC VICE* by Regular Mail on:

> Harvey Bernard Silikovitz
> Cohen & Gresser, LLP
> 100 Park Avenue, 23rd Flr.
> New York, NY 10017
> (212)-957-7068
> Fax: (212)-957-4514
> Email: hsilikovitz@cohengresser.com

*Attorney for Defendant-Counterplaintiff, Jess Varughese*

_____
SHIRA BLUM

Sworn to before me this
31st day of July, 2007

_____
Notary Public

**EMILY SAUSEN**
**Notary** Public, State of New York
No. 02SA6137667
Qualified in New York County
**Commission** Expires Dec. 5, 20 09

2

NYC_21558.2