SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Navigant Consulting, Inc., a Delaware corporation,

                  Plaintiff-Counterdefendant,

- against –

Jess Varughese, an individual.

                  Defendant-Counterplaintiff.

07 CV 4854 (PKL)

**MOTION TO ADMIT**

**PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Robert A. Scher, member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

    Applicant's Name: Michael M. Conway
    Firm Name: Foley & Lardner LLP
    Address: 321 North Clark St.
    Suite 2800
    City/State/Zip: Chicago, IL 60610
    Phone Number: (312) 832-4500
    Fax Number: (312) 832-4700

Michael M. Conway is a member in good standing in the Bar of the State of Illinois.

There are no pending disciplinary proceeding against Michael M. Conway in any State or Federal court.

Dated: July 30, 2007
City, State: New York, New York

Respectfully submitted,

*/s/ Robert A. Scher*

Robert A. Scher
SDNY Bar RS2910
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016
Phone: 212.682.7474
Fax: 212.687.2329

SDNY (Rev. 10/2006) Pro Hac Vice Affidavit

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Navigant Consulting, Inc., a Delaware corporation,

                    Plaintiff-Counterdefendant,

- against –

Jess Varughese, an individual.

                    Defendant-Counterplaintiff.

State of New York    )
                          ) ss:
County of New York  )

07 CV 4854 (PKL)

**AFFIDAVIT OF**

**ROBERT A. SCHER**

**IN SUPPORT OF MOTION**

**TO ADMIT COUNSEL**

**PRO HAC VICE**

Robert A. Scher, being duly sworn, hereby deposes and says as follows:

1. I am a partner at Foley & Lardner LLP, counsel for Plaintiff-Counterdefendant in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff-Counterdefendant's motion to admit Michael M. Conway as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in March 1987. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Michael M. Conway since July 2004.

4. Michael M. Conway is a partner at Foley & Lardner LLP in Chicago, Illinois.

5. I have found Mr. Conway to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Michael M. Conway, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Michael M. Conway, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Michael M. Conway, pro hac vice, to represent Plaintiff-Counterdefendant in the above captioned matter, to be granted.

Dated: July 30, 2007
City, State: New York, New York
Notarized: Subscribed to and Sworn Before
        me this of 30th day of July, 2007

*Emily Sausen* (signature)
Notary Public

EMILY SAUSEN
Notary Public, State of New York
No. 02SA6137667
Qualified in New York County
Commission Expires Dec. 5, 20 09

Respectfully submitted,

*Robert A. Scher* (signature)

Robert A. Scher
SDNY Bar Code: RS2910

# CERTIFICATE OF GOOD STANDING



United States of America

}ss. Michael M. Conway

Northern District of Illinois

I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That Michael M. Conway was duly admitted to practice in said Court on (12/11/1973) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois on (07/23/2007 )

Michael W. Dobbins, Clerk,

By: Krysten J. Coppoletta
    Deputy Clerk

# EXHIBIT A

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

Navigant Consulting, Inc., a Delaware corporation,

                    Plaintiff-Counterdefendant,
- against –

Jess Varughese, an individual.

                    Defendant-Counterplaintiff.

07 CV 4854 (PKL)

**ORDER FOR ADMISSION**

**PRO HAC VICE**

**ON WRITTEN MOTION**

Upon the motion of Robert A. Scher, attorney for Navigant Consulting, Inc. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Michael M. Conway |
| Firm Name: | Foley & Lardner LLP |
| Address: | 321 North Clark St., Suite 2800 |
| City/State/Zip: | Chicago, IL 60610 |
| Telephone/Fax: | (312) 832-4500 / (312) 832-4700 |
| Email Address: | mconway@foley.com |

is admitted to practice pro hac vice as counsel for Navigant Consulting, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: July  , 2007
City, State: New York, New York

                                                                                                                                              _____

                                                                                                            United States District/Magistrate Judge