USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/07

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Navigant Consulting, Inc., a Delaware corporation,

       Plaintiff-Counterdefendant,

- against –

Jess Varughese, an individual.

       Defendant-Counterplaintiff.

07 CV 4854 (PKL)

**ORDER FOR ADMISSION**

**PRO HAC VICE**

**ON WRITTEN MOTION**

Upon the motion of Robert A. Scher, attorney for Navigant Consulting, Inc. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Michael M. Conway |
| Firm Name: | Foley & Lardner LLP |
| Address: | 321 North Clark St., Suite 2800 |
| City/State/Zip: | Chicago, IL 60610 |
| Telephone/Fax: | (312) 832-4500 / (312) 832-4700 |
| Email Address: | mconway@foley.com |

is admitted to practice pro hac vice as counsel for Navigant Consulting, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: ~~July~~ Aug. 7 , 2007
City, State: New York, New York

            [signature]

         United States District/~~Magistrate~~ Judge