UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8|16|07

NAVIGANT CONSULTING, INC.,

        Plaintiff,

    - against -

JESS VARUGHESE,

        Defendant.

ORDER

07 Civ. 4854 (PKL)

**LEISURE, District Judge**:

    Defendant Jess Varughese ("Varughese"), having filed an Amended Answer, Affirmative Defenses, and Counterclaims as of right pursuant to Federal Rule of Civil Procedure 15(a), and plaintiff Navigant Consulting, Inc. ("Navigant") having previously filed a motion to dismiss Varughese's original counterclaims prior to the filing of Varughese's amended pleadings, Navigant's motion to dismiss Varughese's original counterclaims is hereby DISMISSED as moot.

**SO ORDERED.**

New York, New York
August 16, 2007

                             _/s/ Peter K. Leisure_
                                   U.S.D.J.