Peter N. Wang (PW 9216)
Robert A. Scher (RS 2910)
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016-1314
Telephone:   212.682.7474
Facsimile:    212.687.2329

and

Michael M. Conway (admitted *pro hac vice*)
Amy P. Purcell (admitted *pro hac vice*)
Rebecca R. Hanson (admitted *pro hac vice*)
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL 60610
Telephone:   312.832.4351
Facsimile:    312.832.4700

*Attorneys for Plaintiff-Counterdefendant*
*Navigant Consulting, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NAVIGANT CONSULTING, INC., a Delaware corporation,<br><br>    Plaintiff-Counterdefendant,<br><br>v.<br><br>JESS VARUGHESE, an individual,<br><br>    Defendant-Counterplaintiff. | Case No. 07 CIV 4854 (PKL)<br><br>**AFFIRMATION OF REBECCA R. HANSON IN SUPPORT OF PLAINTIFF-COUNTER DEFENDANT'S MOTION TO DISMISS AMENDED COUNTERCLAIM** |

      Rebecca R. Hanson, Esq., an attorney admitted *pro hac vice* in the United States District Court for the Southern District of New York affirms the following under penalty of perjury:

1.  I am a member of the law firm Foley & Lardner LLP, counsel for the plaintiff-counterdefendant in this action. I make this affirmation in support of Navigant Consulting, Inc.'s Motion to Dismiss Amended Counterclaim.

2.  Annexed hereto as Exhibit 1 is a true and correct copy of Jess Varughese's Offer of Employment Letter from Navigant Consulting, Inc., which was signed by Jess Varughese on July 15, 2005.

3.  Annexed hereto as Exhibit 2 are true and accurate copies of unpublished opinions that are cited to in Navigant Consulting, Inc.'s Motion to Dismiss Amended Counterclaim.

DATED:    August 22, 2007
Chicago, Illinois

By:    /s/ Rebecca R. Hanson
      Rebecca R. Hanson