UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAVIGANT CONSULTING, INC., a Delaware corporation,<br><br>　　　　　Plaintiff-Counterdefendant,<br><br>　v.<br><br>JESS VARUGHESE, an individual,<br><br>　　　　　Defendant-Counterplaintiff. | Case No. 07 CIV 4854 (PKL) |

### AFFIDAVIT OF SERVICE

I, Rebecca R. Hanson, an attorney, hereby certify that notice of Plaintiff-Counterdefendant Navigant Consulting, Inc.'s filing of the **Notice of Motion to Dismiss Amended Counterclaim,** the **Memorandum of Law in Support re: Motion to Dismiss Amended Counterclaim,** and the **Affirmation of Rebecca R. Hanson in Support re: Motion to Dismiss Amended Counterclaim** will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

　　　　　　　　　　　　　　　　　　　　　Rebecca R. Hanson
　　　　　　　　　　　　　　　　　　　　　FOLEY & LARDNER LLP
　　　　　　　　　　　　　　　　　　　　　321 N. Clark Street, Suite 2800
　　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60610

Sworn to before me this
22nd day of August, 2007

_____
Notary Public

OFFICIAL SEAL
PATRICIA A. OLIOSI
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 1-30-2011

NYC_30939.1