UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x
NAVIGANT CONSULTING, INC., a Delaware :
corporation,                         :
                                     :  Case No. 07 CIV 4854 (PKL)
            Plaintiff-Counterdefendant, :
                                     :  **MOTION TO ADMIT COUNSEL**
                                     :  **PRO HAC VICE**
    - against –                      :
                                     :
                                     :
JESS VARUGHESE, an individual,       :
                                     :
            Defendant-Counterplaintiff. :
--------------------------------------------------------------- x

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts of the Southern and Eastern Districts of New York, I, Karen H. Bromberg, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

    Marc E. Isserles
    COHEN & GRESSER LLP
    100 Park Avenue, 23rd Floor
    New York, New York 10017
    Telephone: (212) 957-7600
    Facsimile: (212) 957-4514
    Email Address: misserles@cohengresser.com

According to the attached certificates of good standing, MARC E. ISSERLES is a member in good standing of the Bars of the States of New York and Maryland, and of the

I:\1218\002\00018951.DOC

District of Columbia. To the best of movant's knowledge, there are no pending disciplinary proceedings against Mr. Isserles in any State or Federal court.

Dated: New York, New York
      August 24, 2007

Respectfully submitted,

*Karen H. Bromberg*
Karen H. Bromberg (KB 2153)
Cohen & Gresser LLP
100 Park Avenue, 23rd Floor
New York, New York 10017
Telephone: (212) 957-7600
Facsimile: (212) 957-4514

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
NAVIGANT CONSULTING, INC., a Delaware : 
corporation, :
                                          : Case No. 07 CIV 4854 (PKL)
              Plaintiff-Counterdefendant, :
                                           : **DECLARATION OF KAREN H.**
                                           : **BROMBERG**
           - against – :
                                           :
                                           :
JESS VARUGHESE, an individual, :
                                           :
              Defendant-Counterplaintiff. :
------------------------------------------------------------------- x

      KAREN H. BROMBERG, an attorney duly admitted to practice before this Court and in the courts of New York State, hereby declares the following to be true under penalty of perjury:

      1.     I am a member of Cohen & Gresser LLP, counsel for defendant-counterplaintiff Jess Varughese ("Mr. Varughese") in the above-captioned action. I am familiar with the proceedings in this case. I make this declaration based on my personal knowledge of the facts set forth herein and in support of Mr. Varughese's motion to admit Marc E. Isserles as counsel pro hac vice to represent him in this matter.

      2.     I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1988. I am also admitted to the bar of the United States District Court for the Southern District of New York and am in good standing with this Court.

      3.     Mr. Isserles is associated with Cohen & Gresser LLP.

      4.     The certificates reflecting that Mr. Isserles is in good standing in the New York Bar, the Maryland Bar, and the District of Columbia Bar are attached collectively as Exhibit A.

      5.     Accordingly, I am pleased to move for the admission of Marc E. Isserles *pro hac*

*vice.*

      6.      I respectfully submit a proposed order granting the admission of Marc E. Isserles *pro hac vice*, which is attached hereto as Exhibit B.

WHEREFORE, it is respectfully requested that the motion to admit Marc E. Isserles, *pro hac vice*, to represent Mr. Varughese in the above-captioned matter, be granted.

I declare under penalty of perjury that the foregoing is true and correct.

                                                      /s/ Karen H. Bromberg
                                                    KAREN H. BROMBERG (KB 2153)

Executed on August 24, 2007



# Appellate Division of the Supreme Court
## of the State of New York
## Second Judicial Department

I, James Edward Pelzer, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify That **Marc E. Isserles** was duly licensed and admitted to practice as an **Attorney and Counselor at Law** in all the courts of the State, according to the laws of the State and the court rules and orders, on the **18th** day of **April 2007** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counselor at law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on **August 23, 2007**

*James Edward Pelzer*
Clerk

# Court of Appeals of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

    I, Alexander L. Cummings, Clerk of the Court of Appeals of Maryland, do hereby certify that on the twentieth day of June, 2001,

### Marc E. Isserles

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

    **In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this twenty-eighth day of August, 2007.

_Alexander L. Cummings_
Clerk of the Court of Appeals of Maryland



# District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

## MARC E. ISSERLES

was on the 11th day of JANUARY, 2002 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on August 30, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
   Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
NAVIGANT CONSULTING, INC., a Delaware        :
corporation,                                 :
                                             :  Case No. 07 CIV 4854 (PKL)
                    Plaintiff-Counterdefendant, :
                                             :  **ORDER FOR ADMISSION PRO**
                                             :  **HAC VICE ON WRITTEN**
        - against -                          :  **MOTION**
                                             :
                                             :
JESS VARUGHESE, an individual,               :
                                             :
                                             :
                    Defendant-Counterplaintiff. :
------------------------------------------------------------------ x

Upon the motion of Karen H. Bromberg, attorney for defendant Jess Varughese, and said

sponsor attorney's declaration in support;

**IT IS HEREBY ORDERED** that

    Marc E. Isserles
    COHEN & GRESSER LLP
    100 Park Avenue, 23rd Floor
    New York, New York 10017 75202
    Telephone: (212) 957-7600
    Facsimile: (212) 957-4514
    Email Address: misserles@cohengresser.com

is admitted to practice pro hac vice as counsel for defendant Jess Varughese in the above

captioned case in the United States District Court for the Southern District of New York. All

attorneys appearing before this Court are subject to the Local Rules of this Court, including the

Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing

2

(ECF) system, counsel shall immediately apply for an ECF password at nyed.uscourts.gov.

Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
    New York, New York

                                                        _____
                                                        United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
NAVIGANT CONSULTING, INC., a Delaware      :
corporation,                                :
                                            :  Case No. 07 CIV 4854 (PKL)
                Plaintiff-Counterdefendant, :
                                            :  **AFFIDAVIT OF SERVICE**
                                            :
        - against –                         :
                                            :
                                            :
JESS VARUGHESE, an individual,              :
                                            :
                Defendant-Counterplaintiff. :
---------------------------------------------------------------- x


STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

    CASEY FINNEGAN, being duly sworn, deposes and says:

1.     I am above the age of 18 years and not a party to this action.

2.     On September 10, 2007, I caused the annexed motion to admit counsel pro hac vice, together with the annexed declaration of Karen H. Bromberg, with exhibits, on:

    Peter N Wang
    Robert A. Scher
    Foley & Lardner LLP
    90 Park Avenue
    New York, NY 10016

and

    Michael M. Conway
    Amy P. Purcell
    Rebecca R. Hanson
    Foley & Lardner LLP
    321 N. Clark Street
    Suite 2800
    Chicago, Il 60610

I:\1218\002\00019441.DOC

by depositing true copies of the above-mentioned papers in postpaid properly addressed envelopes, addressed to the above-mentioned attorneys at the addresses designated by them for service of papers, in a depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
Casey Finnegan

Sworn to before me
September 10, 2007

_____
Notary Public

HARVEY B. SILIKOVITZ
Notary Public, State of New York
No. 02SI6115686
Qualified in New York County
Commission Expires September 13, 20 08