Peter N. Wang (PW 9216)
Robert A. Scher (RS 2910)
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016-1314
Telephone:     212.682.7474
Facsimile:     212.687.2329

and

Michael M. Conway (admitted *pro hac vice*)
Amy P. Purcell (admitted *pro hac vice*)
Rebecca R. Hanson (admitted *pro hac vice*)
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL 60610
Telephone:     312.832.4351
Facsimile:     312.832.4700

*Attorneys for Plaintiff-Counterdefendant*
*Navigant Consulting, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NAVIGANT CONSULTING, INC., a Delaware corporation, <br><br>        Plaintiff-Counterdefendant, <br><br>   v. <br><br> JESS VARUGHESE, an individual, <br><br>        Defendant-Counterplaintiff. | Case No. 07 CIV 4854 (PKL) <br><br> **AFFIRMATION OF REBECCA R. HANSON IN SUPPORT OF PLAINTIFF-COUNTER DEFENDANT'S REPLY IN SUPPORT OF MOTION TO DISMISS AMENDED COUNTERCLAIM** |

Rebecca R. Hanson, Esq., an attorney admitted *pro hac vice* in the United States

District Court for the Southern District of New York affirms the following under penalty of

perjury:

1.    I am a member of the law firm Foley & Lardner LLP, counsel for the plaintiff-counterdefendant in this action.  I make this affirmation in support of Navigant Consulting, Inc.'s Reply in support of its Motion to Dismiss Amended Counterclaim.

2.    Annexed hereto as Exhibit 1 are true and accurate copies of unpublished opinions that are cited to in Navigant Consulting, Inc.'s Reply in support of its Motion to Dismiss Amended Counterclaim.

DATED:        September 17, 2007
Chicago, Illinois                                              By:  ____/s/ Rebecca R. Hanson_____
                                                                        Rebecca R. Hanson

CHIC_1629275.1