UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAVIGANT CONSULTING, INC., a Delaware corporation,<br><br>  Plaintiff-Counterdefendant,<br><br>v.<br><br>JESS VARUGHESE, an individual,<br><br>  Defendant-Counterplaintiff. | Case No. 07 CIV 4854 (PKL) |

### AFFIDAVIT OF SERVICE

I, Amy P. Purcell, an attorney, hereby certify that notice of Plaintiff-Counterdefendant Navigant Consulting, Inc.'s filing of the **Reply Memorandum in Support of Plaintiff-Counterdefendant Navigant's Motion to Dismiss Amended Counterclaim,** and the **Affirmation of Rebecca R. Hanson in Support of Plaintiff-Counterdefendant's Reply in Support of Motion to Dismiss Amended Counterclaim** will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

*[signature]*
Amy P. Purcell
FOLEY & LARDNER LLP
321 N. Clark Street, Suite 2800
Chicago, Illinois 60610

Sworn to before me this
17th day of September, 2007

*[signature]*
Notary Public

CHIC_1631413.1

OFFICIAL SEAL
ALMA J. GLENN
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 1-11-2011