UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
NAVIGANT CONSULTING, INC., a Delaware :
corporation, :
: Case No. 07 CIV 4854 (PKL)
            Plaintiff-Counterdefendant, :
: **ORDER FOR ADMISSION PRO**
: **HAC VICE ON WRITTEN**
      - against - : **MOTION**
:
:
JESS VARUGHESE, an individual, :
:
:
            Defendant-Counterplaintiff. :
------------------------------------------------------------- x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/19/2007

     Upon the motion of Karen H. Bromberg, attorney for defendant Jess Varughese, and said sponsor attorney's declaration in support;

**IT IS HEREBY ORDERED** that

     Marc E. Isserles
     COHEN & GRESSER LLP
     100 Park Avenue, 23rd Floor
     New York, New York 10017 75202
     Telephone: (212) 957-7600
     Facsimile: (212) 957-4514
     Email Address: misserles@cohengresser.com

is admitted to practice pro hac vice as counsel for defendant Jess Varughese in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing

2

(ECF) system, counsel shall immediately apply for an ECF password at nyed.uscourts.gov.

Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 9/19/07
New York, New York

_____
United States District Judge