AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN                    DISTRICT OF                    NEW YORK

NAVIGANT CONSULTING, INC.,
Plaintiff-Counterdefendant,

- against -

JESS VARUGHESE, an individual,
Defendant-Counterplaintiff.

**APPEARANCE**

Case Number:  07 Civ. 4854 (PKL)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for defendant Jess Varughese.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 12/11/2007 | *[signature]* |
| Date | Signature |
| | Alexandra Wald — AW 0225 |
| | Print Name — Bar Number |
| | Cohen & Gresser LLP, 100 Park Avenue, 23rd Floor |
| | Address |
| | New York — New York — 10017 |
| | City — State — Zip Code |
| | (212) 957-7600 — (212) 957-4514 |
| | Phone Number — Fax Number |

Email address: awald@cohengresser.com