AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN             DISTRICT OF             NEW YORK

NAVIGANT CONSULTING, INC.,
Plaintiff-Counterdefendant,

- against -

JESS VARUGHESE, an individual,
Defendant-Counterplaintiff.

**APPEARANCE**

Case Number:  07 Civ. 4854 (PKL)

To the Clerk of this court and all parties of record:

   Enter my appearance as counsel in this case for

   defendant Jess Varughese.

I certify that I am admitted to practice in this court.

| 12/11/2007 | _Karen H. Bromberg_ (signature) |
|---|---|
| Date | Signature |

Karen H. Bromberg                                           KB 2153
Print Name                                                  Bar Number

Cohen & Gresser LLP, 100 Park Avenue, 23rd Floor
Address

| New York | New York | 10017 |
|---|---|---|
| City | State | Zip Code |

(212) 957-7600                                    (212) 957-4514
Phone Number                                      Fax Number

Email address: kbromberg@cohengresser.com