UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/27/07

---------------------------------------------------------------x

NAVIGANT CONSULTING, INC., a Delaware                  :
corporation,                                           :
                                                       :
                    Plaintiff-Counterdefendant,        :    Case No. 07 CIV 4854 (PKL)
                                                       :
                                                       :
             - against -                               :    **STIPULATION AND ORDER**
                                                       :
                                                       :
JESS VARUGHESE, an individual,                         :
                                                       :
                    Defendant-Counterplaintiff.        :
---------------------------------------------------------------x

It is hereby stipulated and agreed, by and between the undersigned counsel, as follows:

(1)    Plaintiff-counterdefendant Navigant Consulting, Inc. ("Navigant") consents to the

filing of defendant-counterplaintiff Jess Varughese's second amended answer, affirmative

defenses and counterclaims (the "Second Amended Answer").

(2)    By agreement of counsel, the time for Navigant to respond to the Second

Amended Answer shall be extended through and until January 14, 2008.

Dated:    December 20, 2007

FOLEY & LARDNER LLP

By: _Robert Scher_____
       Peter N. Wang (PW 9216)
       Robert A. Scher (RS 2910)
90 Park Avenue
New York, New York 10016
Telephone: (212) 682-7474
Facsimile: (212) 687-2329
pwang@foley.com
rscher@foley.com

Michael M. Conway (admitted *pro hac vice*)
Amy P. Purcell (admitted *pro hac vice*)
Rebecca R. Hanson (admitted *pro hac vice*)
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, Illinois 60610
Telephone: (312) 832-4351
Facsimile: (312) 832-4700
mconway@foley.com
apurcell@foley.com
rhanson@foley.com

*Attorneys for Plaintiff-Counterdefendant*
*Navigant Consulting, Inc.*

COHEN & GRESSER LLP

By: _____
       Karen H. Bromberg (KB 2153)
       Alexandra Wald (AW 0225)
       Nathaniel P.T. Read (NR 8807)
100 Park Avenue, 23rd Floor
New York, New York 10017
Telephone: (212) 757-7600
Facsimile: (212) 957-4514
kbromberg@cohengresser.com
awald@cohengresser.com
nread@cohengresser.com

*Attorneys for Defendant-Counterplaintiff*
*Jess Varughese*

So Ordered: _Peter K. Leisure_____ Dated: 12/27/07
                    Hon. Peter K. Leisure
                    United States District Judge

2