(Ensures,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
NAVIGANT CONSULTING, INC., a Delaware
corporation,

          Plaintiff-Counterdefendant,    :  Case No. 07 CIV 4854 (PKL)

       - against -    :  **STIPULATION AND ORDER**

JESS VARUGHESE, an individual,

          Defendant-Counterplaintiff.
------------------------------------------------------------x

    It is hereby stipulated and agreed, by and between the undersigned counsel, as follows:

    (1)    Plaintiff-counterdefendant Navigant Consulting, Inc. ("Navigant") consents to the filing of defendant-counterplaintiff Jess Varughese's third amended answer, affirmative defenses and counterclaims (the "Third Amended Answer").

    (2)    By agreement of counsel, the time for Navigant to respond to the Third Amended Answer shall be extended through and until April 29, 2008.

Dated:   April 7, 2008

| FOLEY & LARDNER LLP | COHEN & GRESSER LLP |
|---|---|
| By: *[signature]* 4-7-08<br>Robert A. Scher (RS 2910)<br>90 Park Avenue<br>New York, New York 10016<br>Telephone: (212) 682-7474<br>Facsimile: (212) 687-2329<br>rscher@foley.com<br><br>Michael M. Conway (admitted *pro hac vice*)<br>Amy P. Purcell (admitted *pro hac vice*)<br>Rebecca R. Hanson (admitted *pro hac vice*)<br>FOLEY & LARDNER LLP<br>321 North Clark Street, Suite 2800<br>Chicago, Illinois 60610<br>Telephone: (312) 832-4351<br>Facsimile: (312) 832-4700<br>mconway@foley.com<br>apurcell@foley.com<br>rhanson@foley.com<br><br>*Attorneys for Plaintiff-Counterdefendant*<br>*Navigant Consulting, Inc.* | By: *[signature]*<br>Karen H. Bromberg (KB 2153)<br>Alexandra Wald (AW 0225)<br>Nathaniel P.T. Read (NR 8807)<br>100 Park Avenue, 23rd Floor<br>New York, New York 10017<br>Telephone: (212) 757-7600<br>Facsimile: (212) 957-4514<br>kbromberg@cohengresser.com<br>awald@cohengresser.com<br>nread@cohengresser.com<br><br>*Attorneys for Defendant-Counterplaintiff*<br>*Jess Varughese* |

So Ordered: *[signature]*  Dated: 4/09/08
Hon. Peter K. Leisure
United States District Judge

2