UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
NAVIGANT CONSULTING, INC., a Delaware
corporation,

                Plaintiff,

- against -

JESS VARUGHESE, an individual,

                Defendant.
------------------------------------------------------------------- x

Index No. 07 cv 4854

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS**

To: Clerk of this Court and all parties of record:

PLEASE TAKE NOTICE that the undersigned appears as counsel in this case for Defendant and Counterclaimant Jess Varughese, an individual.

I certify that I am admitted to practice in this court and hereby request that all notices, pleadings and other documents served or filed in this case be served upon:

Nathaniel P.T. Read
nread@cohengresser.com
Cohen & Gresser LLP
100 Park Avenue, 23rd Floor
New York, NY 10017
Phone: (212) 957-7600
Fax: (212) 957-4514

DATED: April 17, 2008

_____
Nathaniel P.T. Read
nread@cohengresser.com

Cohen & Gresser LLP
100 Park Avenue, 23rd Floor
New York, NY 10017
Phone: (212) 957-7600
Fax: (212) 957-4514

*Attorneys for Defendant and Counterclaimant Jess Varughese, an individual*