UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAVIGANT CONSULTING, INC., a Delaware corporation,<br><br>　　　　Plaintiff-Counterdefendant,<br><br>　v.<br><br>JESS VARUGHESE, an individual,<br><br>　　　　Defendant-Counterplaintiff. | Case No. 07 CIV 4854 (PKL) |

## AFFIDAVIT OF SERVICE

I, Rebecca Hanson, an attorney, hereby certify that notice of Plaintiff-Counterdefendant Navigant Consulting, Inc.'s filing of PLAINTIFF-COUNTERDEFENDANT NAVIGANT CONSULTING, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO THIRD, FOURTH, FIFTH AND SIXTH COUNTERCLAIMS OF DEFENDANT COUNTERPLAINTIFF JESS VARUGHESE'S THIRD AMENDED ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Rebecca Hanson
　　　　　　　　　　　　　　　　　　　　　　　FOLEY & LARDNER LLP
　　　　　　　　　　　　　　　　　　　　　　　321 North Clark Street, Suite 2800
　　　　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60610-4764

_____
Notary Public

OFFICIAL SEAL
PATRICIA A. OLIOSI
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 1-30-2011