Leisure

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/16/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
NAVIGANT CONSULTING, INC., a Delaware
corporation,

               Plaintiff,

      - against -

JESS VARUGHESE, an individual,

               Defendant.
------------------------------------------------------------x

07 Civ. 4854 (PKL)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

      WHEREAS, on June 7, 2007, Navigant Consulting, Inc., a Delaware corporation, ("Plaintiff/Counterclaim Defendant") commenced the above-captioned action against Jess Varughese ("Defendant/Counterclaim Plaintiff"), which is pending in this Court; raising certain claims, and

      WHEREAS, Defendant/Counterclaim Plaintiff raised certain counterclaims (together with Plaintiff/Counterclaim Defendant's claims, the "Action," which is pending in this Court);

      WHEREAS, Plaintiff/Counterclaim Defendant and Defendant/Counterclaim Plaintiff have agreed to settle and dismiss the Action;

      NOW, THEREFORE, Plaintiff/Counterclaim Defendant and Defendant/Counterclaim Plaintiff, by their undersigned counsel, hereby stipulate and agree that the Action shall be dismissed, with prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure; and that each of Plaintiff/Counterclaim Defendant and Defendant/Counterclaim Plaintiff shall bear its or his own costs and expenses, including attorneys' fees.

Dated: New York, New York
       May 14, 2008

**FOLEY & LARDNER LLP**

By: *Robert Scher*
    Peter N. Wang (PW 9216)
    pwang@foley.com
    Robert A. Scher (RS 2910)
    rscher@foley.com
    90 Park Avenue
    New York, New York 10016
    Telephone: (212) 682-3401

*Attorneys for Plaintiff/Counterclaim Defendant Navigant Consulting, Inc., a Delaware corporation*

IT IS SO ORDERED: 5/16/08
*[signature]*
Hon. Peter K. Leisure

**COHEN & GRESSER LLP**

By: *[signature]*
    Karen H. Bromberg (KB 2153)
    kbromberg@cohengresser.com
    Alexandra Wald (AW 0225)
    awald@cohengresser.com
    100 Park Avenue, 23rd Floor
    New York, New York 10017
    Telephone: (212) 957-7600

*Attorneys for Defendant/Counterclaim Plaintiff Jess Varughese*

Pltf motion to dismiss the amended C/C (dkt #24, filed 8/22/07) is hereby deemed
Dated: MOOT.